Prob 12
(Rev. 3 88)

## UNITED STATES DISTRICT COURT
### For The
### WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Kelley Frazier**  Docket No. 01-00073-001

**Petition on Supervised Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Kelley Frazier, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 4th day of April 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $200 special assessment.
- The defendant shall pay restitution to Mellon Bank in the amount of $87,000 at a rate of 10 percent of her gross monthly income, or in any event, a nominal amount of not less than $10 per month.
- The defendant shall provide requested financial information to the probation officer.
- The defendant is prohibited from incurring new credit charges or opening additional lines of credit without prior approval of the probation officer unless in compliance with the payment schedule.

<u>04-04-02</u>: Conspiracy and Bank Larceny; 10 months' imprisonment, followed by 3 years' supervised release.
<u>03-18-03</u>: Released from custody; Currently supervised by U.S. Probation Officer Romona Clark.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the defendant did not have the ability to pay restitution as ordered. Monthly payments averaged $10. Payments total $280, leaving a balance of $86,720. In light of the upcoming maximum case expiration date of March 17, 2006, and the defendant's understanding that the outstanding balance remains her responsibility, it appears appropriate to permit the case to close with money owing.

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 01-00073-001 be allowed to expire as scheduled on March 17, 2006, with the restitution due and owing and the case be closed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2005

ORDER OF COURT

Considered and ordered this **20th** day of **Dec**, 20**05** and ordered filed and made a part of the records in the above case.

Gary L. Lancaster
U.S. District Judge

Romona Clark
U.S. Probation Officer

Paul J. Dippolito
Supervising U.S. Probation Officer

Place:  Pittsburgh, PA